

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00835-CR

Jesus **GONZALEZ-GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6182
Honorable Frank J. Castro, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 3, 2021.

_____
Lori I. Valenzuela, Justice